THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES ROGERS, Defendant-Appellant.

(No. 12713;

Fourth District—March 12, 1975.

Opinion by Mr. JUSTICE GREEN.

Richard J. Wilson and John L. Swartz, both of State Appellate Defender's Office, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield, for the People.